UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

GERALD WALKER,
also known as Jerard Walker,
also known as Jacaun Steele,

                Petitioner,

                                        No. 02-CV-790
        v.

THOMAS RICKS,

                Respondent.
_____

APPEARANCES:                            OF COUNSEL:

GERALD WALKER
a/k/a Jerard Walker
a/k/a Jacaun Steele
Petitioner, Pro Se
98-A-2082
Attica, NY 14011


HON. ANDREW M. CUOMO             Risa L. Viglucci, Esq.
OFFICE OF THE ATTORNEY GENERAL   Asst. Attorney General
  of the State of New York
Attorney for Respondent
The Capitol
Albany, New York   12224

**FREDERICK J. SCULLIN, JR., S.J.:**


### DECISION AND ORDER

      The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge Victor E. Bianchini filed on May 7, 2007 and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no

objections to said Report-Recommendation having been filed, it is hereby

**ORDERED**, that the Report-Recommendation of Magistrate Judge Victor E. Bianchini filed May 7, 2007 is **ACCEPTED** in its entirety, for the reasons stated therein, and it is further

**ORDERED**, that petitioner's habeas corpus petition is **DENIED** and **DISMISSED**.

**IT IS SO ORDERED.**

DATED: June 25, 2007
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge