UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

GERALD WALKER, also known as
Jerard Walker, also known as
Jacaun Steele,

                                        Petitioner,

                    v.                              9:02-CV-790
                                                                  (FJS/VEB)

JAMES CONWAY,

                                        Respondent.

---

**APPEARANCES**                                    **OF COUNSEL**

**GERALD WALKER**
**98-A-2082**
Attica Correctional Facility
P.O. Box 149
Attica, New York 14011
Petitioner *pro se*

**OFFICE OF THE NEW YORK**          **RISA L. VIGLUCCI, AAG**
**STATE ATTORNEY GENERAL**
The Capitol
Albany, New York
Attorneys for Respondent

**SCULLIN, Senior Judge**

## ORDER

       In a Report and Recommendation dated May 7, 2007, Magistrate Judge Bianchini recommended that this Court deny Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Moreover, Magistrate Judge Bianchini recommended that, "[b]ecause Petitioner has failed to make a substantial showing of a denial of a constitutional right," the Court not issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(2). *See* Dkt. No. 16. Petitioner

filed objections to those recommendations.  *See* Dkt. No. 20.

Petitioner raises objections to Magistrate Judge Bianchini's legal conclusions with respect to each of his grounds for relief.  However, a review of the record demonstrates that Petitioner's objections are without merit and that Magistrate Judge Bianchini correctly applied the legal standards applicable to the Court's review of a habeas petition under the Antiterrorism and Effective Death Penalty Act of 1996.  Accordingly, the Court hereby

**ORDERS** that Magistrate Judge Bianchini's Report and Recommendation is **ADOPTED IN ITS ENTIRETY for the reasons stated therein**; and the Court further

**ORDERS** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED AND DISMISSED**; and the Court further

**ORDERS** that, because Petitioner has failed to make a "substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), a certificate of appealability will not issue;[1] and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Respondent and close this case.

**IT IS SO ORDERED.**

Dated: March 31, 2008
       Syracuse, New York

　　　　　　　　　　　　　　　　　　　　　　　／s／ Frederick J. Scullin
Frederick J. Scullin, Jr.
Senior United States District Court Judge

---

[1] The Court advised Petitioner that he may not take an appeal to the Court of Appeasl "from – (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court . . . [u]nless a circuit justice or judge issues a certificate of appealability . . . ." 28 U.S.C. § 2253(c)(1).